IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY OELKER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, and SARPY COUNTY CT,<br><br>Defendants. | **8:26CV592**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's motion for leave to proceed in forma pauperis ("IFP Motion"), Filing No. 2, and what the Court construes as Plaintiff's notice of change of address and a motion for e-mail notifications, Filing No. 10. Upon review of Plaintiff's IFP Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis. However, the Court will deny Plaintiff's motion for e-mail notifications without prejudice because Plaintiff's motion does not comply with the Court's local rules.

In his motion for e-mail notifications, Plaintiff provides an updated address and asks the Court to "please provide email notifications, since I only check my mail occasionally, due to prospecting." Filing No. 10. To obtain electronic filing access, Plaintiff should follow the instructions in NEGenR 1.3(b) which provides:

> (b) **Registration for CM/ECF**.
>
> (1) **District Court Registration**.
>
> Before electronically filing a document with the court, an attorney or a pro se party (*i.e.*, one not represented by an attorney) to a pending civil case must register for electronic filing with PACER at the following web address: https://www.pacer.gov/. *See* NECivR 5.1; NECrimR 49.1. Electronic filing registration constitutes a party's consent to electronic service and waiver of the right to service by

> personal service or first class mail. Once registration is complete, a login and password are issued by PACER and serve as part of the user's electronic signature on documents filed on the System. *See* NECivR 11.1; NECrimR 49.2.

Plaintiff, thus, must register for electronic filing access through PACER if he wants to receive electronic service of filings in this case.

IT IS THEREFORE ORDERED that:

1. Plaintiff's IFP Motion, Filing No. 2, is granted, and the Complaint shall be filed without payment of fees.

2. Plaintiff's motion for e-mail notifications, Filing No. 10, is denied without prejudice to Plaintiff seeking electronic filing access in compliance with NEGenR 1.3(b).

3. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 28th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge